Lucretia B. Garland
vs.
George W. Garland }Div. No. 985.

### DECISION.
September 23, 1929.

FROST, J. This is an uncontested petition for divorce on the single ground of neglect to provide necessaries. Petitioner has been regularly employed for a number of years.

The evidence shows that respondent paid petitioner's board during the year just prior to the filing of the petition but there is no evidence that respondent paid anything for petitioner's room, which was at her mother's house, or that he purchased any clothing for her.

Upon all the evidence the Court is not satisfied that there was such neglect or such refusal on the part of the respondent to provide necessaries for the subsistence of the petitioner as to

entitle her to a divorce on this statutory ground.

Petition denied.

Edward Bowker
vs.
Howard R. Semple et als. }Eq. No. 7969.

September 23; 1929.

BAKER, J. After the filing of the original rescript in this case, one Goldberg, now the holder of the second mortgage on the real estate involved, has been made a party respondent to the proceeding by a decree of this Court. In connection therewith it has been brought to the Court's attention that the said second mortgage is valid and outstanding and the Court is therefore of the opinion that it should be treated in the same way that the first mortgage was in the rescript heretofore filed.

The Court finds, therefore, that the complainant should elect, within such time as may be fixed by decree to be entered herein, whether he desires to assume the said first and second mortgages and the expenses referred to in the original rescript. If so, then he should be granted the relief prayed for in the bill; otherwise, the bill should be dismissed.

For complainant: Edward M. Sullivan.

For respondents: Comstock & Canning.